UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS, P83425,<br>        Plaintiff,<br>   v.<br>LAWRENCE GAMBOA, et al.,<br>        Defendant(s). | Case No. 17-cv-06072-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

This civil action by a prisoner was filed on October 24, 2017. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $400.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice and the clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: December 6, 2017

_____
CHARLES R. BREYER
United States District Judge